JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SALAAM NABEE,<br>　　　Plaintiff,<br>　　　　v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>　　　Defendant | ) Case No.  2:26-cv-00596-DMK<br>)<br>)<br>)<br>) **JUDGMENT FOR VOLUNTARY**<br>) **REMAND PURSUANT TO**<br>) **SENTENCE FOUR OF 42 U.S.C. §**<br>) **405(g)**<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  July 10, 2026　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE DIANA M. KWOK
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

-1-